IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | No. 7:16-cr-67-3H |
| JAMIE LORNE CHAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the motion of Defendant Jamie Chavis to seal Docket Entry No. 74. The Court has carefully weighed the interests advanced by the movant and those interests favoring public access to judicial documents and records, and finds that the interests advanced by the movant override any common law or constitutional right of public access which may attach to the information. Accordingly, for good cause shown, the Court GRANTS the motion. It is hereby ORDERED that Docket Entry No. 74 be sealed.

It is FURTHER ORDERED that the Clerk provide a signed copy of the Order to the United States Attorney's Office and counsel of record for Defendant.

SO ORDERED this the 10th day of January 2017.

_____
MALCOLM HOWARD
Senior United States District Judge